UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA

2007 OCT 12  P 2:51

SIGN_____
BY DEPUTY CLERK

BRENDIA JOYCIA FORD, ET AL

VERSUS

FEDERAL EMERGENCY MANAGEMENT
ADMINISTRATION, ET AL

CIVIL ACTION

NO. 07-263-A

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Stephen C. Riedlinger dated September 21, 2007 (doc. 25), to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, plaintiff's complaint shall be dismissed for failure to serve the defendants within the time allowed by Rule 4(m) of the Federal Rules of Civil Procedure.

Baton Rouge, Louisiana, October 12, 2007.

JOHN V. PARKER, JUDGE
MIDDLE DISTRICT OF LOUISIANA